OMAHA, NIOBRARA & BLACK HILLS RAILROAD COM-PANY, PLAINTIFF IN ERROR, V. MARGARET LAMB, DEFENDANT IN ERROR.

REESE, J.

The questions involved in this case are identical with those in the case of *Omaha, Niobrara and Black Hills Railroad Company v. Jacob Umstead and Maggie Umstead, supra.*

The judgment of the district court is reversed and the cause remanded.

REVERSED AND REMANDED.